IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RANODA MCCLAIN-LEE, § § *Plaintiff,* § § VS. § § CITY OF PORT ARTHUR, TEXAS, § § *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00092 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal. [Dkt. 8]. The Parties are seeking a dismissal with prejudice as to all claims, causes of action, and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 10th day of October, 2023.**

Michael J. Truncale
United States District Judge